

# REWARD

### INCREASE OF UP TO

**EXHIBIT B**

# $50,000,000 USD

FOR INFORMATION LEADING TO THE ARREST AND/OR CONVICTION OF THE LEADER OF THE <u>SPECIALLY DESIGNATED GLOBAL TERRORIST</u> CARTEL DE LOS SOLES



# Nicolás Maduro Moros

**FOR NARCO-TERRORISM CONSPIRACY, COCAINE IMPORTATION CONSPIRACY, CONSPIRACY TO USE AND CARRY MACHINE GUNS AND DESTRUCTIVE DEVICES IN FURTHERANCE OF A DRUG CRIME**

### SEND TIPS TO DEA:

### CartelSolesTips@dea.gov (e-mail)

### ALL IDENTITIES ARE KEPT STRICTLY CONFIDENTIAL.

 

STATE.GOV                                                                DEA.GOV